ISADORE TIMMONS v. BOARD OF EDUCATION,
BOROUGH OF PARAMUS.

March 14, 1988.

Petition for certification denied.

AFSHIN TRANSPORT SYSTEMS, INC. v. HAROLD J. QUIS.

March 14, 1988.

Petition for certification denied.

JEAN B. HUNTINGTON v. C. FINK FISCHER.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMAL MATTHEWS.

March 14, 1988.

Petition for certification denied.